THIS OPINION HAS NO PRECEDENTIAL VALUE.  
 IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS 
 PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Case No. 1993-DR-10-6807, 1994-DR-10-6676
Marion Niemi Herridge, Inge Ginsberg and David Baron,       
Plaintiffs,
 
 
 

v.

 
 
 
Van Keith Herridge,       
Defendant.
 
Case No. 1998-DR-10-4836
Inge Ginsberg,       
Appellant,
 
 
 

v.

 
 
 
Van Keith Herridge,       
Respondent.
 
Case No. 1999-DR-10-0339
Van Keith Herridge,       
Respondent,
 
 
 

v.

 
 
 
 Inge Ginsberg and Marion Niemi,       
 Defendants,
 of whom Inge Ginsberg is,       
 Appellant.
 
 
 

Appeal From Charleston County
Jack Alan Landis, Family Court Judge

Unpublished Opinion No. 2004-UP-134
Submitted December 23, 2003  Filed 
 February 26, 2004

AFFIRMED

 
 
 
Ms. Inge Ginsberg, of New York, for Appellant.
Alexander B. Cash, of Charleston, for Respondents.
 
 
 

 PER CURIAM:  Affirmed pursuant 
 to South Carolina Rules of Appellate Practice, Rule 220, and the following authorities:  
 Glasscock, Inc. v. United States Fid. & Guar. Co., 348 S.C. 76, 81, 
 557 S.E.2d 689, 691 (Ct. App. 2001) (holding short, conclusory statements made 
 without supporting authority are deemed abandoned on appeal and therefore not 
 preserved for appellate review); see also First Sav. Bank v. McLean, 
 314 S.C. 361, 363, 444 S.E.2d 513, 514 (1994) (holding appellant was deemed 
 to have abandoned issues on appeal, where he failed to provide any argument 
 or supporting authority); R & G Constr., Inc. v. Lowcountry Regl Transp. 
 Auth., 343 S.C. 424, 437, 540 S.E.2d 113, 120 (Ct. App. 2000) (holding where 
 no authority is cited and argument is brief and conclusory, issue is deemed 
 abandoned).
AFFIRMED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., 
 concurring.